PROB 12C
(6/16)

Report Date: February 7, 2022

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lukes Lorenzo Herrera    Case Number: 0980 1:20CR02020-SMJ-1

Address of Offender: 304 Avenue D, Grandview, Washington  98930

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 19, 2021

Original Offense:    Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 24 months         Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Patrick J. Cashman        Date Supervision Commenced: January 24, 2022

Defense Attorney:     Craig Donald Webster      Date Supervision Expires: January 23, 2025

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #17**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Lukes Herrera is alleged of being in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about January 29, 2022.<br><br>On January 25, 2022, Mr. Herrera reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.<br><br>On February 2, 2022, this officer conducted a home visit and met with Mr. Herrera and his grandmother at his listed address.  Mr. Herrera was instructed to submit to urinalysis.  Mr. Herrera stated he wanted to be honest and self-reported to have consumed methamphetamine on or about January 29, 2022.  Mr. Herrera stated that he could not provide a urine sample at that time.  Mr. Herrera reviewed and signed an admission report where he admitted to illegal use of a prohibited controlled substance on or about January 29, 2022. |

Prob12C
**Re: Herrera, Lukes Lorenzo**
**February 7, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

02/07/2022
Date