PROB 12C
(6/16)

Report Date: May 20, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2022

SEAN F. McAVOY, CLERK

Name of Offender: Lukes Lorenzo Herrera                    Case Number: 0980 1:20CR02020-SMJ-1

Address of Offender:                Grandview, Washington 98930

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 19, 2021

Original Offense:        Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:       Prison - 24 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Patrick J. Cashman            Date Supervision Commenced: January 24, 2022

Defense Attorney:        Craig Donald Webster          Date Supervision Expires: January 23, 2025

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/07/2022.

On January 25, 2022, Mr. Herrera reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 2 | **Special Condition #1**: You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

**Supporting Evidence**: Lukes Herrera is alleged of being in violation of his supervised release conditions by associating with a known criminal street gang member without permission on April 27, 2022.

On April 27, 2022, at approximately 1:19 a.m., Sunnyside Police Department Officer Christensen observed a Cadillac CTS bearing Washington license plate number C040959 with the third brake light out. He initiated a traffic stop with the vehicle. The officer exited his vehicle and observed three adult males in the vehicle. The driver had a blue baseball cap worn backwards with the letters BG in old English. The officer called for another unit before approaching the vehicle. |

Prob12C
Re: Herrera, Lukes Lorenzo
May 20, 2022
Page 2

The driver was identified as Fidel Gonzalez Molina (DOB: 06/26/1994). Mr. Gonzalez Molina's record checks returned with multiple no contact orders with adult males as the protected parties. The officer conducted the investigation to determine if Mr. Gonzalez Molina was violating a no contact order. The officer identified both male passengers inside the vehicle as Fernando Carmona Farias (DOB: 12/14/1993) and Lukes Lorenzo Herrera (DOB: 08/02/1997). The officer observed a black tactical backpack at the foot of Mr. Herrera which appeared to be a plate carrier as well. The officer gave Mr. Gonzalez Molina a verbal warning for his third brake light.

On May 18, 2022, the Sunnyside Police Department crime analyst provided additional information to this officer that Mr. Gonzalez Molina was a documented gang member with their department.

3    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Lukes Herrera is alleged of being in violation of his supervised release conditions by failing to report to Merit Resource Services (Merit) for urinalysis (UA) on May 4 and 17, 2022.

On May 5, 2022, Merit reported Mr. Herrera failed to show up to random UA on May 4, 2022,

On May 18, 2022, Merit reported that Mr. Herrera failed to show up to random UA on May 17, 2022.

4    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Lukes Herrera is alleged of being in violation of his supervised release conditions by failing to report to the probation officer as instructed since May 12, 2022.

On May 12, 2022, this officer attempted to contact Mr. Herrera at his residence. This officer knocked on the front door. Noise emitted from the interior of the home; however, nobody answered the door.

On May 13, 2022, this officer spoke with Mr. Herrera's grandmother, and she stated she and Mr. Herrera were home during this officer's visit, but did not hear my knocking. She stated that Mr. Herrera's mother observed this officer via their home's exterior security cameras. This officer asked Mr. Herrera's grandmother if she could instruct Mr. Herrera to contact this officer and she stated she would.

On May 18, 2022, this officer attempted to contact Mr. Herrera on his reported cellular telephone number regarding his missed UA at Merit. Mr. Herrera's cellular telephone was not accepting calls. This officer then called and spoke with Mr. Herrera's grandmother. She stated that Mr. Herrera was not home. She stated she reminded Mr. Herrera the night prior

Prob12C
**Re: Herrera, Lukes Lorenzo**
May 20, 2022
Page 3

to contact this officer. This officer asked her if she could instruct Mr. Herrera to contact this officer when he arrived home later that day and she stated she would.

On May 19, 2022, this Officer received a telephone call from Mr. Herrera. He reported to have obtained a drivers license. This officer informed him he was in further violation due to missed UA testing and not making himself available for contact. Mr. Herrera acted to be surprised this officer had been looking for him. This officer let him know that this officer had been communicating daily with his grandmother trying to reach him. Mr. Herrera was instructed to report to Merit, on May 20, 2022, and submit to UA testing.

On May 20, 2022, Mr. Herrera reported to Merit and submitted to UA testing. This Officer verified with Merit staff that the UA results were negative for controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court..

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 20, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

05/20/2022
Date