PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Herrera, Lukes Lorenzo | Docket No. | 0980 1:20CR02020-SMJ-1 |

**Petition for Action on Conditions of Release Pending Revocation Hearing**

    COMES NOW   Arturo Santana, PROBATION and PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Lukes Lorenzo Herrera, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the Court at Yakima Washington, on the 17th day of June 2022, under the following condition:

Condition #4: If Defendant leaves the treatment facility, or is terminated from treatment, the treatment facility personnel shall immediately notify the United States Probation Officer, who shall in turn immediately notify the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Mr. Herrera is alleged of being in violation of his release conditions by being unsuccessfully discharged from inpatient treatment at James Oldham Treatment Center (JOTC), on July 6, 2022.

On July 6, 2022, U.S. Probation Officer Phil Casey and the undersigned attempted to make contact with Mr. Herrera at the JOTC treatment facility to discuss his release plan and provide him with Sobriety Treatment and Education Program (STEP) Court information.  This officer was advised by Mr. Herrera's counselor that Mr. Herrera was escorted by JOTC staff to a medical appointment earlier in the day.  The counselor stated that Mr. Herrera was left at the medical facility and was told he could not leave that location until the medical staff called JOTC staff to return to pick him up.  Mr. Herrera's counselor stated he received a telephone call from the medical facility staff stating Mr. Herrera left the medical facility and his whereabouts were unknown.  Mr. Herrera later made contact with staff at the JOTC facility, but he was not allowed to enter the facility as he had deviated from his medical outing, and was considered to have aborted the treatment program.  A discharge summary was requested, but has not been received as of the date of this petition.

On July 7, 2022, Mr. Herrera contacted this officer via a telephone call and reported he was no longer a patient at JOTC because he left his medical appointment.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   July 8, 2022 |
| by | s/Arturo Santana |
| | Arturo Santana<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

July 8, 2022

Date